

## NUMBER 13-14-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE STATE FARM LLOYDS, RICHARD FREYMANN, FREDDIE NEWTON, AND THOMAS W. GRAY

---

## On Petition for Writ of Mandamus.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Perkes and Longoria
Memorandum Opinion Per Curiam[1]**

Relators, State Farm Lloyds, Richard Freymann, Freddie Newton, and Thomas W. Gray, filed a petition for writ of mandamus in the above cause on June 25, 2014. Relators have now advised the Court that the parties have reached a mutual agreement to settle and compromise their differences in the underlying lawsuit in trial court cause number C-2523-14-C in the 139th District Court of Hidalgo County, Texas, styled *Leticia E. Hinojosa and Rene A. Rodriguez v. State Farm Lloyds, Richard Freymann, Freddie*

---

[1] *See* TEX. R. APP. P. 52.8(d) (AWhen denying relief, the court may hand down an opinion but is not required to do so.@); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

*Newton, and Thomas W. Gray*.   Relators assert that this petition for writ of mandamus is now moot.

"A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."   *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005); *see State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought).   Accordingly, the Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that this matter has been rendered moot.   Accordingly, the Court LIFTS the stay previously imposed by this Court and DISMISSES the petition for writ of mandamus as moot without reference to the merits.   *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
16th day of July, 2014